# EXHIBIT 2

## Exhibit A: Innovative Repurchase Schedule
### Settlement 04/19/07

| | |
|---|---|
| Unpaid Principal Balance at Price | 710,500.00 |
| | 716,297.68 |
| Advance | 2,425.67 |
| Accrued Interest | 67,509.30 |
| **Repurchase Settlement Due DD** | **786,231.65** |

| Loan Number | LMS ID | Name | UPB as of 02/27/2007 | PTD as of 02/27/2007 | Closing | Net Rate | DTI | Accrued Int | Advance | Price % | Price $ | Proceeds | Funding | Per Diem Int |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5100523 | 111555080 | GUITERREZ, RICARDO | $ 580,000.00 | 01/01/06 | 04/19/07 | 6.980% | 468 | $ 52,529.20 | $ - | 100.8160% | $ 584,732.80 | $ 637,362.00 | 01/26/06 | $112.46 |
| 5120119 | 111555103 | REED, RONNIE | $ 130,500.00 | 01/01/06 | 04/19/07 | 8.830% | 468 | $ 14,980.10 | $ 2,425.67 | 100.8160% | $ 131,584.88 | $ 148,970.65 | 01/26/06 | $ 32.01 |
| | | | $ 710,500.00 | | | | | $ 67,509.30 | | | | | | |

**Deutsche Bank Wire Instructions:**

| | |
|---|---|
| Bank: | Bank of New York |
| ABA#: | 021-000-018 |
| Acct.#: | GLA 111569 |
| Beneficiary: | DPX |
| Attn: | Kenneth Glover |
| Ref: | Innovative repurchase |