UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DB STRUCTURED PRODUCTS, INC.,                )   **ECF CASE**
                           Plaintiff,        )
                                             )   07 Civ. 4099 (GBD)
          -against-                          )
                                             )   **AFFIDAVIT OF SERVICE**
INNOVATIVE MORTGAGE CAPITAL, LLC             )
                                             )
                           Defendant.        )
------------------------------------------------------------------x

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

    JACKELINE N. NOVIKOV-CARLES, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and has a business address at Two World Financial Center, New York, New York 10281.

    On July 2, 2007, deponent served a copy of the Notice of Initial Pretrial Conference dated May 30, 2007 by depositing a true and correct copy of same into the custody of the United States Postal Service, enclosed in a properly addressed postage prepaid envelope to:

    Joel L. Incorvaia
Incorvaia & Associates
445 Marine View Avenue
Suite 295
Del Mar, CA  92014

_____
JACKELINE N. NOVIKOV-CARLES

Sworn to before me this
3rd day of July 2007

_____
Notary Public

JONATHAN E. WILSON
Notary Public, State of New York
No. 01WI6091214
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires April 28, 2011