# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DB STRUCTURED PRODUCTS, INC.

    Plaintiff,

-against-

INNOVATIVE MORTGAGE CAPITAL, LLC

    Defendant.

ECF CASE

07 Civ. 4099 (GBD)

**CLERK'S CERTIFICATE**

I., J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on May 25, 2007 with the filing of a Complaint; a copy of the Summons and Complaint was served on Defendant Innovative Mortgage Capital, LLC on June 16, 2007 by serving Defendant's registered agent, Sean Byerly, 949 Santa Ana St., Laguna Beach, CA 92651; and proof of such service was filed on July 9, 2007.

I further certify that the docket entries indicate that the Defendant has not filed an answer or otherwise moved with respect to the Complaint herein. The default of the Defendant is hereby noted.

Dated: New York, New York

      8/16/07

J. MICHAEL MCMAHON
Clerk of the Court

By: _____
    Deputy Clerk