# EXHIBIT D

Case 1:07-cv-04099-GBD    Document 7-6    Filed 08/29/2007    Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC.<br><br>Plaintiff,<br><br>-against-<br><br><br>INNOVATIVE MORTGAGE CAPITAL, LLC<br><br>Defendant. | ECF CASE<br><br>07 Civ. 4099 (GBD)<br><br>**STATEMENT OF DAMAGES** |

Principal amount sued for ……………………………………………………..$786,332.65

Interest at $144.46 per diem from 04/19/07 through 08/22/07 (126 days)…….. $18,201.96

Attorneys' fees and costs……………………………………………………….$11,898.20

Total (as of August 22, 2007)………………………………………….……$816,432.81